United States District Court
Northern District of California

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **YANN GERON, as Chapter 7 Trustee of the Estate of Thelen LLP,**<br><br>   Plaintiff,<br><br>   v.<br><br>**AUTOMATIC SOFTWARE, INC.**, *et al.*,<br><br>   Defendant(s). | Case No.: 12-MC-80234 YGR<br><br>**ORDER GRANTING MOTION TO QUASH AS UNOPPOSED** |

On April 25, 2014, Movant Autonomic Software, Inc., filed a Motion to Quash Subpoena *Duces Tecum* of Plaintiff Yann Geron, as Chapter 7 Trustee of the Estate of Thelen LLP. (Dkt. No. 2.) As of the date of this Order, Plaintiff has filed no opposition thereto.[1]

Accordingly, the Motion to Quash is Granted.

This terminates Docket No. 2.

**IT IS SO ORDERED**.

Date: **June 10, 2014**

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

---

[1] Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds this motion suitable for resolution without oral argument. Accordingly, the Court **VACATES** the hearing set for **June 17, 2014**.